UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:01-00170 |
| | ) | JUDGE CAMPBELL |
| ANDRE THOMAS SAWYERS | ) | |

## ORDER

Pending before the Court is the Defendant's Motion For Reduction Of Sentence Based On Guideline Amendment Effective November 1, 2011 Concerning Weight Equivalency Of Crack Cocaine (Docket No. 111), to which the Government has filed a Response (Docket No. 113). On December 3, 2013, the Sixth Circuit Court of Appeals issued an *en banc* decision in *United States v. Cornelius Demorris Blewett*, Nos. 12-5226/5582 (6th Cir. Dec. 3, 2013). The parties shall file supplemental briefs on or before January 13, 2014 addressing the applicability of the Sixth Circuit's decision to the Defendant's Motion.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE