UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:01-00170 |
| | ) | JUDGE CAMPBELL |
| ANDRE THOMAS SAWYERS | ) | |

ORDER

Pending before the Court is the Defendant's Motion For Extension Of Time (Docket No. 123). Through the Motion, the Defendant seeks an extension of time, until February 17, 2015, in which to file a supplemental brief in this case.

The Motion is GRANTED. Accordingly, the Defendant shall have until February 17, 2015 in which to file a supplemental brief, and the Government shall have until March 10, 2015 in which to file a response.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE